JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO SANDOVAL-LINARES,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW T. ALBENCER, Field Director, Immigration and Customs Enforcement, et al.,<br><br>Respondents. | Case No. 2:20-cv-00928-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Final Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for lack of subject matter jurisdiction.

DATED: December 14, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE